## McRae v. Jones *et al.*

APPEAL from Birmingham City Court.
Tried before the Hon. W. W. WILKERSON.

CHARLES B. POWELL and S. J. DARBY, for appellants.

CABANISS & WEAKLY, *contra*.

Daniel McCloud, the intestate of the appellee, sued Daniel McRae and counted upon the common counts. The cause was tried by the court without the intervention of a jury, and judgment was rendered for the plaintiff. Affirmed.
Opinion by McCLELLAN, J.

---

## Huston Biscuit Co. v. Braxley.

APPEAL from Macon Circuit Court.

Tried before the Hon. N. D. DENSON.

S. B. PAINE, for appellant.

W. F. FOSTER, *contra*.

The appellant brought the present action against the appellee to recover an amount due by promissory note. There was judgment for defendant. Affirmed.
Opinion by COLEMAN, J.